IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-346-D

| | |
|---|---|
| ERIC MCMILLIAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER BURTON, et al., )<br>)<br>Defendants. ) | **ORDER** |

On November 8, 2021, this court adopted the M&R, granted plaintiff's motion to proceed in forma pauperis, directed the clerk to file the complaint, dismissed the complaint without prejudice for lack of jurisdiction, and directed the clerk to close the case. See [D.E. 8, 10]. On November 19, 2021, plaintiff requested copies of pleadings to be emailed to him [D.E. 11]. The request [D.E. 11] is DENIED. On December 3, 2021, plaintiff filed a document entitled "motion to redirect to a file leave and proced with" [D.E. 12]. The motion [D.E. 12] is incomprehensible and is DENIED. The case remains closed.

SO ORDERED. This 7 day of December 2021.

JAMES C. DEVER III
United States District Judge